UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY THOMAS,

                Plaintiff,

     -against-

DR. KING, *et al.*,

                Defendants.

24-CV-7027 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 11, 2003, the Court barred Plaintiff from filing in this court any new civil action without first obtaining from the court leave to file. *See Thomas v. Oscaleary*, No. 03-CV-3282 (MBM) (S.D.N.Y. Aug. 11, 2003). Plaintiff files this *pro se* action and seeks *in forma pauperis* status, but has not sought leave from the court to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the August 11, 2003 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to issue judgment in this case.

SO ORDERED.

Dated:   September 18, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                         Chief United States District Judge