UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY THOMAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>DR. KING, ET AL.,<br><br>　　　　　　　　　　Defendants. | 24 CV 7027 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the September 19, 2024, order, this action is dismissed. The Court has therefore dismissed this action without prejudice for Plaintiffs failure to comply with the August 11, 2003 order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated:　September 19, 2024
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge